IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICK PARKER                                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO. 1:14-CV-231-SA-DAS

MISSISSIPPI DEPARTMENT OF
PUBLIC SAFETY, et al.                                                                       DEFENDANTS

ORDER ON MOTION TO DISMISS

Pursuant to a Memorandum Opinion issued this day, the Motion to Dismiss [11] filed by Defendant Mississippi Department of Public Safety and Donnell Berry, in his official and individual capacities, is GRANTED. Those parties are terminated as to this cause of action.

SO ORDERED, this the 23rd day of July, 2015.

                                                                                   **/s/ Sharion Aycock**
                                                                                   **U.S. DISTRICT JUDGE**