IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICK PARKER

VS.                                      CASE NO. 1:14cv231-GHD

JOSH BOYD

FINAL JUDGMENT AND ORDER GRANTING
MOTION FOR JUDGMENT AS A MATTER OF LAW

This cause having come on for trial upon the Complaint of the plaintiff and the

answer of the defendant Josh Boyd, and after a jury of eight persons having been

impaneled to try the issues, and the court, after hearing all of the evidence, and

receiving motions for judgment as a matter of law pursuant to Rule 50(a), Fed. R. Civ.

P. from the defendant Josh Boyd, finds that said motions are well taken and that a

judgment should be granted in favor of that defendant, it is **ORDERED**:

That the defendant Josh Boyd's motions for judgment as a matter of law be, and

the same are hereby, SUSTAINED, and the complaint in this cause is finally DISMISSED

with prejudice as to the defendant, Josh Boyd.

SO ORDERED, this 28th day of March, 2017.

_____
Senior United States District Judge