# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

| | |
|---|---|
| RICK PARKER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:14cv231-GHD-DAS |
| JUSTIN ROLLINS | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* RICK PARKER _____ recover from the
defendant *(name)* _____ JUSTIN ROLLINS _____ the amount of
Two Hundred Thousand _____ dollars ($ 200,000.00 ), which includes prejudgment
interest at the rate of ____0.00____ %, plus post judgment interest at the rate of __1.03__ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Glen H. Davidson _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for

Date: __3/28/2017__

DAVID CREWS,
*CLERK OF COURT*

/s/ Raye Long, Courtroom Deputy Cler]
_____
*Signature of Clerk or Deputy Clerk*