IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICK PARKER                                                   PLAINTIFF

VS.                                      CIVIL ACTION NO. 1:14-CV-231-SA-DAS

JUSTIN ROLLINS                                     DEFENDANT

## ORDER GRANTING PLAINITIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

THIS DAY came on for hearing on the Motion of Plaintiff Rick Parker, by and through counsel, for Attorneys' Fees and Expenses in this case, and the Court finding that there is no objection to the request and that the motion is well taken does hereby find as follows:

Plaintiff Rick Parker's request for Attorney Fees and Expenses is granted. Plaintiff is awarded $34,875.00 in attorney fees and $3,072.94 for expenses. Said fees and expenses shall be added to the judgment for $200,000.00 which was previously entered by this Court and accrue interest as provided therein.

THIS THE 13th day of Sept, 2017.

                                               SENIOR UNITED STATES DISTRICT JUDGE

/s/ Adam B. Emerson
Adam B. Emerson (MSB#102258)

/s/ Tommy D. Goodwin
Tommy D. Goodwin (MSB#100791)
Attorney for the Defendant